UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OCEAN PEACE, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES SEAFOODS, LLC,<br><br>   Defendant. | CASE NO. C06-122JLR<br><br>ORDER |

  This matter comes before the court on Plaintiff's motion for a protective order (Dkt. # 22).  Plaintiff Ocean Peace, Inc. ("OP") seeks to quash discovery concerning alleged ownership of either OP or its vessel, the F/T OCEAN PEACE, by persons who are not United States citizens.

  The Vessel Documentation Act, 46 U.S.C. §§ 12101-124, establishes a system to identify vessels flying the United States flag, provide evidence of their ownership, and authorize vessels to engage in certain trades.  See 42 U.S.C. §§ 12102-10.

  Plaintiff has produced evidence that the United States Coast Guard has issued it a certificate of documentation for the F/T OCEAN PEACE with operational endorsements for fishing.  In <u>Myers v. AMERICAN TRIUMPH</u>, the court noted that a vessel holding a properly endorsed certificate of documentation has "conclusive evidence" of qualification to be employed in the fishing trade.  260 F.3d 1067, 1069 (9th Cir. 2001) (quoting 46

ORDER – 1

U.S.C. § 12104(2)). The court held that a party may not attack the validity of the certificate in a private action. Id. at 1070.

The discovery at issue is relevant solely to an impermissible attack on the validity of the certificates issued to the OCEAN PEACE. This is so even though Defendant claims to seek evidence relevant to the OCEAN PEACE's fishing qualifications for future years. Congress has placed responsibility for making such determinations with the United States Coast Guard. Id. Defendant's attempt to seek discovery relevant to such issues in this action is therefore improper.

For these reasons, the court GRANTS Plaintiff's motion for a protective order (Dkt. # 22).

Dated this 16th day of August, 2006.

JAMES L. ROBART
United States District Judge

ORDER – 2